respondent executor and to the special guardian payable out of the estate.

Thomas J. Meade, Respondent, v. Agnes Rice Preston, Appellant.— Judgment and order affirmed, with costs, on the ground that questions of fact were presented for the jury to determine, and that the objection that the plaintiff was not a licensed plumber was not presented on the trial and hence was waived. All concurred.

Elizabeth M. Nicholson, as Administratrix of William S. Nicholson, Deceased, Respondent, v. The Town of Stillwater, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, the court holding that the judgment is unauthorized both as matter of law and as matter of fact. All concurred, except Betts, J., dissenting.

The National Commercial Bank of Albany, Respondent, v. Henry Bronk, Appellant.—Judgment unanimously affirmed, with costs. Betts, J., not sitting.

The People of the State of New York, Respondent, v. The Trust Company of America, Appellant.— Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer upon payment of costs of demurrer and of this appeal. All concurred.

Horace J. Parsons, as Administrator, etc., of Samuel S. Parsons, Deceased, Respondent, v. The Syracuse, Binghamton and New York Railroad Company, Appellant.—Judgment and order affirmed, with costs. All concurred, except Smith, P. J., not voting.

Carrie W. Pearce, Respondent, v. William A. Stace, Appellant.— Judgment and order affirmed, with costs. All concurred, except Smith, P. J., dissenting.

Plattsburgh Light, Heat and Power Company, Appellant, v. Plattsburgh Traction Company, Respondent.—Judgment unanimously affirmed, with costs.

The People of the State of New York ex rel. The New York Central and Hudson River Railroad Company, Appellant, v. Egburt E. Woodbury and Others, Together Constituting the State Board of Tax Commissioners, and the City of Buffalo, Respondents. (1908 Assessment.) — Order affirmed, with fifty dollars costs and disbursements. All concurred, except Kellogg and Sewell, JJ., dissenting in part, being of the opinion that the relator is not assessable for street occupation where the street was opened and extended across the right of way the fee of which had been purchased by and conveyed to the relator before the street was opened.

The People of the State of New York ex rel. Troy Gas Company v. The City of Troy, Impleaded.— Order amended so as to provide for ten dollars costs of that motion, with ten dollars costs of this motion in addition.

O. Pressprich, Jr., Respondent, v. J. W. White, Appellant.— Judgment unanimously affirmed, with costs.

The People of the State of New York ex rel. The Southern Boulevard Railroad Company, Appellant, v. State Board of Tax Commissioners, Respondent. (1910 Assessment.) — Order affirmed, with costs. All concurred.